## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 8:26-cv-00841-DFM | Date: | June 2, 2026 |
|---|---|---|---|
| Title | Kauluokala Adams v. Seattle Pain Relief, PLLC et al | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

| Proceedings: | (IN CHAMBERS) Ordering Service of Notice and Consent Form |
|---|---|

This action has been assigned to the Civil Consent Calendar of Magistrate Judge Douglas F. McCormick through the Magistrate Judges Direct Assignment Program ("MJDAP"). See Dkt. 4. In cases assigned under MJDAP, the initiating party must serve the Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent Form ("Notice and Consent Form") on each party at the time of service of the summons and complaint or other initial pleading. See Local Rule 73-2.1. "In any case in which only a magistrate judge is initially assigned, plaintiff must file a proof of service within 10 days of service of the summons and complaint." Local Rule 73-2.2. Proof of service of the Notice of Consent Form must be filed even if a waiver of service has been obtained.

On May 28, 2026, Plaintiff filed proofs of service, indicating he served the Summons and Complaint on Defendants, but not the Notice and Consent Form. See Dkts. 6-8. **Plaintiff is ORDERED to serve the Notice and Consent Form within seven (7) days. Failure to do so may result in sanctions.**