Tannaz "Tawny" Mazarei, Esq. (State Bar No.: 188993)
Elizabeth Rader, Esq. (State Bar No.: 184963)
**MAZAREI LAW GROUP, INC.**
19200 Von Karman Ave., Suite 365
Irvine, CA 92612
Phone: (714) 418-5797
Fax: (714) 418-5788

Attorneys for Defendants, Seattle Pain Relief, PLLC and David M. Birdsall

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kauluokala Adams<br><br>Plaintiff,<br><br>v.<br><br>Seattle Pain Relief, PLLC; David M. Birdsall; and Alexey Ryskin, Inclusive<br><br>Defendants. | Case No.: 8:26-cv-00841<br>Judge: Douglas F. McCormick<br><br>**DEFENDANTS' MOTION TO DISMISS CLAIMS 4-6 FOR FAILURE TO STATE A CLAIM (Rule 12(b)(6)).**<br><br>**Date: August 11, 2026**<br>**Time: 10:00 AM**<br>**Ctrm: 6B** |

**TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 11, 2026, at 10:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 6B of the Ronald Reagan United States Courthouse, located at 411 West Fourth Street, Santa Ana, California, defendants will and do move the Court for an order dismissing Claims 2-6 against all defendants without prejudice.

The grounds for this motion are as follows: Claim 4 for a violation of California Labor Code § 226 fails to state a claim against the individual defendants because the complaint alleges that Adams was classified as an independent contractor and while it alleges an employment agreement, it does not include a

copy of that agreement or allege the terms of the agreement other than the monthly payment defendants allegedly agreed to pay. It also fails to allege that SPR violated California Labor Code § 226(a) knowingly and intentionally or how Adams was allegedly harmed by not being provided a wage statement, other paystub or W-2. The claim for fraud does not state a claim against any defendant because it does not allege facts supporting the elements of fraud with the specificity required by Fed. R. Civ. P. 9(b) against named defendants. The claim for negligent misrepresentation, a kind of fraud, is similarly conclusory and fails to meet the Rule 9(b) standard for pleading fraud. Finally, the last claim, for alter ego liability, fails because its allegations are conclusory and it fails to allege specific facts to support the conclusory allegations and overcome the general rule that a corporation is a distinct legal entity separate from its officers.

This motion will be based upon this Notice, the Memorandum of Points and Authorities, the Declaration of Elizabeth Rader filed concurrently herewith, and the records and files in this action and any other further evidence of argument that the Court may receive at or before the hearing.

**STATEMENT OF COMPLIANCE**

This motion is made following multiple conferences of counsel pursuant to L.R. 7-3 beginning on May 28, 2026 and concluding on June 18, 2026. The parties resolved several issues but those discussed above remain, necessitating this motion to dismiss. (*See*, Declaration of Elizabeth Rader)

June 19, 2026

**MAZAREI LAW GROUP, INC.**

By: /S/ Tawny Mazarei
Tawny Mazarei, Esq.
Attorney for Defendants, Seattle Pain Relief, PLLC and David M. Birdsall