Tannaz “Tawny” Mazarei, Esq. (State Bar No.: 188993)
Elizabeth Rader, Esq. (184963)
**MAZAREI LAW GROUP, INC.**
19200 Von Karman Ave., Suite 365
Irvine, CA 92612
Phone: (714) 418-5797
Fax: (714) 418-5788

Attorneys for Defendants, Seattle Pain Relief, PLLC and David M. Birdsall

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kauluokala Adams<br><br>Plaintiff,<br><br>v.<br><br>Seattle Pain Relief, PLLC; David M. Birdsall; and Alexey Ryskin, Inclusive<br><br>Defendants. | Case No.: 8:26-cv-00841<br>Judge: Douglas F. McCormick<br><br>[PROPOSED] ORDER DEFENDANTS' MOTION TO DISMISS CLAIMS 4-6 FOR FAILURE TO STATE A CLAIM (Rule 12(b)(6)).<br><br>Date: August 11, 2026<br>Time: 10:00 AM<br>Ctrm: 6B |

On June 22, 2026 Defendants Seattle Pain Relief, PLLC; David M. Birdsall; and Alexey Ryskin filed their Motion to Dismiss 4-6 (the "Motion"). Defendants request dismissal under Fed. R. Civ. 12(b)(6) for failure to state a claim upon which relief can be granted.

The Court having considered Defendants Motion, and good cause having been found, hereby GRANTS the Motion and ORDERS that:

1. Counterclaim 4 be dismissed with prejudice;
2. Counterclaim 5 be dismissed with prejudice;
3. Counterclaim 6 be dismissed with prejudice;

**IT IS SO ORDERED**.

DATED

________________________________
HON. DOUGLAS F.MCCORMICK
UNITED STATES DISTRICT JUDGE